## Commonwealth, Appellant, *v.* Carbone.

Submitted November 12, 1973.
*Louis H. Ceraso,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellant; *Richard H. Galloway,* for appellee.
Appeal quashed.
WRIGHT, P. J., dissents.
SPAULDING, J., absent.

## Commonwealth *v.* Cinko, Appellant.

Argued November 16, 1973. *Stephen H. Hutzelman,* for appellant; *Michael J. Veshecco,* Second Assistant District Attorney, with him *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.
Order and judgment of sentence affirmed.
SPAULDING, J., absent.